UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEVEN LOWE and SIOBHAN LOWE,<br><br>      Plaintiffs,<br><br>   v.<br><br>DIFEI TRANSPORT, LLC and ARMAS ARMELIO,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:20-CV-5224-CAP |

**O R D E R**

In this court's November 10, 2022 order addressing the parties' motions in limine, the court denied the plaintiffs' motion related to evidence of a relationship between the plaintiffs' counsel and Spine Center Atlanta; the court indicated the intention to discuss these evidentiary at the pretrial conference. Nov. 10, 2022 Ord. at 11-12 [Doc. No. 113]. During the pretrial conference, the defendants presented the court with authority related to its intention to submit evidence for the purpose of showing bias. *See ML Healthcare Services, LLC v. Publix Super Markets, Inc.*, 881 F.3d 1293, 1302 (11th Cir. 2018). The defendants likewise presented authority to support its intention to present evidence of the interest and feeling toward a party—particularly an employer—that a witness may have. *See McNeely v. Wal-*

*Mart Stores, Inc.*, 542 S.E.2d 575, 578 (Ga. Ct. App. 2000).  The plaintiffs offered argument to distinguish these cases from the instant case.  However, the court finds that the defendants may ask the witness (Dr. Adams) about his financial interests in the outcome of this suit as well as his interests arising from his employment relationship with a medical group that stands to gain from the outcome of this suit.

      SO ORDERED this 25th day of January, 2023.

      /s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge